IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CYNTHIA FISHER; ESTHER PAYTON,** *also known as Faye*; **EDWARD WILLIAMS; MACEDONIA MISSIONARY BAPTIST CHURCH; ROBERT ZELLNER,** *and* **FRANCELIA CLAIBORNE**                                    **PLAINTIFFS**

**v.**                                                   **CIVIL ACTION NO. 1:23-cv-265-TBM-RPM**

**CITY OF OCEAN SPRINGS, MISSISSIPPI**                                    **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this same day, this CASE is CLOSED.

This, the 31st day of January, 2025.

                                                                    _____
                                                                    **TAYLOR B. McNEEL**
                                                                    **UNITED STATES DISTRICT JUDGE**